
Financial Disclosure Incomplete

# FINANCIAL STATEMENT

## NET WORTH
### As of 3/20/2001

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 3 | 204 | 17 | Notes payable to banks—secured | 9 | 870 | 51 |
| U.S. Government securities—add schedule 1 | 29 | 715 | 98 | Notes payable to banks—unsecured | | - | - |
| Listed securities—add schedule 2 | 35 | 515 | 98 | Notes payable to relatives | - | - | - |
| Unlisted securities—add schedule | - | - | - | Notes payable to others | - | - | - |
| Accounts and notes receivable: | - | - | - | Accounts and bills due | 2 | 573 | 30 |
| Due from relatives and friends | - | - | - | Unpaid income tax | - | - | - |
| Due from others | 1 | 000 | 00 | Other unpaid tax and interest | - | - | - |
| Doubtful | | | | Real estate mortgages payable—add schedule @ # 1,434.90/month | 225 | 042 | 52 |
| Real estate owned—add schedule 3 | 464 | 655 | 00 | Chattel mortgages and other liens payable | - | - | - |
| Real estate mortgages receivable | - | - | - | Other debts—itemize: | | | |
| Autos and other personal property | 40 | 000 | 00 | | | | |
| Cash value—life insurance | - | - | - | | | | |
| Other assets—itemize: | - | | | | | | |
| IRA - SCHEDULE 4 | 493 | 282 | 30 | | | | |
| 401(K) SCHEDULE 5 | 29 | 909 | 94 | | | | |
| | | | | Total liabilities | 237 | 486 | 33 |
| | | | | Net Worth | 859 | 796 | 45 |
| Total Assets | 1,097 | 282 | 78 | Total liabilities and net worth | 1,097 | 282 | 78 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | - | - | - | Are any assets pledged? (Add schedule.) automobile | yes | | |
| On leases or contracts | - | - | - | Are you defendant in any suits or legal actions? not personnally | NO | | |
| Legal Claims | - | - | - | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | - | - | - | | | | |
| Other special debt | - | - | - | | | | |

Priscilla Owen

## Schedule 2
## to Financial Statement-Net Worth
(As of 3/20/2001)

| Description of Securities | Market Value (As of March 20, 2001) |
|---|---|
| Fidelity Equity Income II | 2,810.89 |
| Janus Worldwide Fund | 3,620.20 |
| T Rowe Price Blue Chip Growth Fund | 3,463.21 |
| T Rowe Price Mid-Cap Growth Fund | 3,709.83 |
| Safeco Equity Fund | 2,919.13 |
| Vanguard Index 500 Fund | 3,455.72 |
| E M C Corp. Mass | 6,586.00 |
| Intel Corp. Com | 5,575.00 |
| Nortel Networks Corporation (foreign equities) | 3,376.00 |
| **Total** | **$35,515.98** |

Priscilla Owen

## Schedule 3
## to Financial Statement-Net Worth

| Description of Real Property | Estimated Value |
|---|---|
| residence | 406,000 |
| 1/8 undivided interest in 640 acres of farm and ranch land in Matagorda County, Texas | 42,530.00 |
| 1/12 mineral interest in 640 acres in Matagorda County, Texas | 1,200.00 |
| 1/4 interest in 35 acres pasture, farm land outside Palacios, Texas | 8,925.00 |
| Five acres of unimproved land outside Palacios, Texas | 1,500.00 |
| Net royalty interest of .0040779 in Holsworth Unit (Apache), Matagorda County, Texas | 1,000.00 |
| Net royalty interest of .0016627 in C. B. Harriman (Unit), Matagorda County, Texas | 3,000.00 |
| 7/24 mineral interest in approximately 40 acres in Matagorda County, Texas | 500.00 |
| mineral interests in small parcels of land in Matagorda and Brazoria Counties, Texas | 0 |
| **TOTAL** | **$464,655.00** |

Priscilla Owen

| Description of IRA Assets | Market Value (As of March 20, 2001) |
|---|---|
| Federated Prime Obligation | 22,586.28 |
| Federal Home Loan Mtg Corp. | 24,929.75 |
| Small Business Invt Corp. | 10,691.90 |
| Federated Stock Trust | 17,245.40 |
| Federated Communication Technology Fund | 2,450.38 |
| Harbor Capital Appreciation Fund | 10,305.16 |
| Janus Worldwide Fund | 72,730.59 |
| Janus Enterprise Fund | 4,927.59 |
| LKCM Small Cap Equity Port | 55,304.49 |
| T Rowe Price Blue Chip Growth Fund | 71,559.52 |
| T Rowe Price Mid-Cap Growth Fund | 30,340.11 |
| Safeco Equity Fund | 56,244.49 |
| Vanguard Growth & Income Fund | 4,269.28 |
| Vanguard Index 500 Fund | 109,697.36 |
| **Total** | **$493,282.30** |

Priscilla Owen

**Schedule 5
to Financial Statement-Net Worth**

| Description of 401K Assets | Market Value (As of December 31, 2000) |
|---|---|
| Security First Trust Growth & Income Series | 9,516.47 |
| Fidelity VIP Growth & Income Series | 11,317.11 |
| Vanguard Funds GNMA | 9,076.36 |
| **Total** | **$29,909.94** |